FAHY, Circuit Judge (concurring in part).

In light of the decision and mandate of the Supreme Court[1] I would grant the pending petition for leave to appeal in forma pauperis and order that petitioner be furnished the transcript at the expense of the United States, thus permitting petitioner to proceed with the appeal as he may be advised. Since in my view this is all that is now required I do not join in the present opinion of the Court, though I concur, as indicated, in requiring that a transcript be prepared at Government cost.

missions and Grievances of the United States District Court.

Before EDGERTON, Chief Judge, and PRETTYMAN and DANAHER, Circuit Judges.

PER CURIAM.

Appellant, a member of the bar of the District Court, was convicted of forgery, given a suspended sentence, and placed on probation. The present appeal is from an order of the District Court, 158 F.Supp. 279, disbarring him. We find no error.

Affirmed.

---

### In re Robert McKinley WILLIAMS, Appellant.

### No. 14134.

United States Court of Appeals District of Columbia Circuit.

Argued May 22, 1958.

Decided May 29, 1958.

Petition for Rehearing Denied June 25, 1958.

Mr. Henry Lincoln Johnson, Jr., Washington, D. C., for appellant.

Mr. Edmund L. Jones, Washington, D. C., with whom Messrs. Francis W. Hill and Roger Robb, Washington, D. C., were on the brief, for Committee on Ad-

### PURITAN CHURCH BUILDING FUND, Harrison Parker and Edith S. Parker, Trustees, Appellants,

v.

### UNITED STATES of America et al., Appellees.

### No. 14341.

United States Court of Appeals District of Columbia Circuit.

Argued May 15, 1958.

Decided June 12, 1958.

Mr. Reginald B. Jackson, Washington, D. C., for appellants.

Mr. Charles B. E. Freeman, Atty., Dept. of Justice, of the bar of the Supreme Judicial Court of Mass., pro hac:

---

1. The mandate reads as follows:
    "It is ordered and adjudged by this Court that the judgment of the * * * United States Court of Appeals, in this cause, be, and the same is hereby, vacated; and that this cause be, and the same is hereby remanded to the United States Court of Appeals for the District

of Columbia Circuit with instructions to afford the petitioner an opportunity to substantiate his allegations. Farley v. United States, 354 U.S. 521, 77 S.Ct. 1371, 1 L.Ed.2d 1529; Johnson v. United States, 352 U.S. 565, 77 S.Ct. 550, 1 L. Ed.2d 593."